Christopher A. Carr (#44444)
ccarr@afrct.com
Viddell Lee Heard (#175049)
vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division
of defendant WELLS FARGO BANK, N.A.,
successor by merger to Wells Fargo Bank
Southwest, N.A., f/k/a WACHOVIA MORTGAGE,
FSB, f/k/a WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MAMERTO Q. AND MINDA C. SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01220-JAM-DAD<br><br>[The Hon. John A. Mendez, District Judge]<br><br>**ORDER RE:  APPLICATION OF DEFENDANT TO APPEAR TELEPHONICALLY AT THE JULY 20, 2011 HEARING**<br><br>Date:     July 20, 2011<br>Time:    9:30 a.m.<br>Ctrm:    6 |
|---|---|

The Court, having read and considered the request of counsel for defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a defendant World Savings Bank, FSB ("Wells Fargo") to appear telephonically at the hearing scheduled for July 20, 2011 at 9:30 a.m. in Courtroom 6 of the above-entitled Court, hereby grants permission to appear telephonically.

Dated:  7/5/2011                                  /s/ John A. Mendez
                                                                HON. JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below I served a copy of the following documents:

**[PROPOSED] ORDER RE:  APPLICATION OF DEFENDANT TO APPEAR TELEPHONICALLY AT THE JULY 20, 2011 HEARING**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

*Counsel for Plaintiffs:*

Kenneth R. Graham, Esq.
Law Offices of Kenneth R. Graham
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel:  (925) 932-0170

*Counsel for Defendant*

CAL-WESTERN RECONVEYANCE CORPORATION

Michele Mierzwa
michelle.mierzwa@prommis.com
Victoria E. Adams
Victoria.adams@prommis.com
525 E. Main St.
El Cajon, CA  92020
Telephone: (619) 590-9200

☐  **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **June 30, 2011.**

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

PDF created with pdfFactory trial version www.pdffactory.com